IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION



Patricia Kay Chapman                                                                            PLAINTIFF

VS.

CIVIL ACTION NO. 3:15cv 251 TSL-RHW

Dodge County Human Services                                                          DEFENDANT

COMPLAINT

COMES NOW, plaintiff, Patricia Kay Chapman, pro se, and for cause of action against the defendant, Dodge Human Services, would state:

JURISDICTION

I Patricia Kay Chapman reside in the state of Mississippi. I do not reside in the State of Wisconsin for many reasons, one being harassment. I do not feel safe in the State of Wisconsin. This is why I brought this matter before the Federal Court.

I.

Patricia Kay Chapman is an adult resident citizen of the County of Hinds, State of Mississippi. The defendant Dodge Human Services is an adult agency of the county of Dodge in the State of Wisconsin

Pg 1 of 2

FACTS

I Patricia Kay Chapman have had my children illegally taken away from me. I do not recognize Dodge County Human Services, they act as if State and Federal Laws do not exist or my rights or my children's rights. Dodge County Human Services entire case is based on when I lived in the State of Tennessee and Florida. It also is based on when I visited the state of Mississippi and Missouri in the summer of 2014. I broke no laws in the State of Wisconsin. Tennessee, Florida, Mississippi, and Missouri never had any problems with me. I was never investigated by Child protective services in these states. I owe a debt to the State of Wisconsin Revenue. Starting in 2012 I was investigated for Child abuse and during this investigation I was interrogated into my Wisconsin Internal Revenue Debt as well as my IRS debt by different County agencies and where this money went that I was given by my grandfather that came out of the State of Wisconsin budget that was over $600,000.00, that was part of why my kids are gone. On August 3rd 2014 I was investigated by the McFarland Police Department in the County of Dane in the State of Wisconsin, who involved Dane County Child Protective Services for alleged abuse from me towards my eldest child. On August 3rd 2014 I was cleared not only by Mcfarland Police Department but also two times by Dane County Child Protective services. On August 4th 2014 I moved myself and my three minor children to the state of Florida. I was being abused by my old roommate Jessica Syvrud, to where my eldest child was also abusing me and my two younger children. I went to the hospital. I took all of my children to doctors and took care of their educational needs and living needs. After the abuse got very severe, I had to call the Hillsbourgh County Sherriff's office to force my eldest child, who has major mental illness, and who has been placed into Mental Hospitals three times with in a year or so time to come with me back to Wisconsin. I had nowhere else to go. As I tried to get me and my children into various Homeless shelters in Tampa Florida. I arrived in Randolph Wisconsin at my mother's home Janet Chapman around November 6th 2014. I was still a Florida resident when my children were illegally removed from my care on November 21st 20014 for crimes that never took place. Dodge County Human Services has discriminated on my handicap. Dodge County Human Services violated due process, Mine and my children's Civil Rights , Arbitrary, Slander, False Claims, and when I brought this to the Judge's attention. I was not allowed to see or even talk to my children again. They were investigated for being a part of embezzling my child support and back support that I am not allowed to have. I was left in a small town with no transportation, no services that I could access, and blocked 100% from my children. Dodge County Social Services were responsible for my transportation to Doctor's appointments and to see my children and refuse to comply. Head Social Worker Gillian Durni lied under oath and swore legally to statements made by my sister Laurie Chapman and my eldest daughter that were full of holes or lies. To this day I have never been questioned to anything besides my IRS and Wisconsin Internal Revenue debt, and to this large amount of money that I pulled from the State of Wisconsin's budget. I tried several times to show them in documentation form that, these claims of abuse were not accurate and Dodge County Human Services refused to talk to me. I have proof I sent many Letters through certified mail to them as well as Governor Scott Walker and other departments within the State of Wisconsin.

Pg 2 of 3

I filed complaints with the Wisconsin Judicial Commission and US Department of Health and Human Services Civil Rights as well as called and wrote to the Federal Bureau of Investigation and the United States Justice department for help. I also contacted the Governors office and I have three letters to prove I tried to find other means to solve these issues, other then involving the Federal Courts. I am asking the Federal Courts to please hear me.

RELIEF

I Patricia Kay Chapman is seeking $3,300,000.00 in personal damages, pain and suffering, trauma and most importantly the loss of my children that are priceless. As well as violation of my civil rights. Discrimination of my handicap. And Arbitrary and acting out of jurisdiction and false claims, slander, State and Federal Law violations. I am also seeking that my younger two children Adam Henning Jr. and Ashlee Henning be returned to my custody and placement. I am seeking this from the Federal Courts.

RESPECTFULLY SUBMITTED, THIS THE 3 DAY OF APRIL, 2015

PATRICIA KAY CHAPMAN

3745 BAILEY AVE #2

JACKSON, MS 39213

(608) 381-1337

Pg 3 Of 3